# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-23-413-G |
| ANDRE TERRELL ANDERSON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court has received multiple pro se filings by Defendant Andre Terrell Anderson, including several items docketed as motions for relief. *See, e.g.*, Doc. Nos. 36, 39, 42.

Although the Court has considered the content of these filings in the context of considering Defendant's request for new counsel, "Defendant has legal representation through an experienced, court-appointed defense attorney. Because Defendant is represented by counsel, the Court finds no need for Defendant personally to make written submissions." *United States v. Cooks*, No. CR-23-94-D, 2024 WL 102665, at *1 (W.D. Okla. Jan. 9, 2024).[1]

Accordingly, to the extent Defendant's pro se submissions request substantive relief related to the merits of this case, they are DENIED and will not be considered for that

---

[1] "A defendant has no right to hybrid representation in which he both represents himself and is represented by counsel. Although a trial court has discretion to permit such representation in a particular case, the Court declines to exercise such discretion here." *Cooks*, 2024 WL 102665, at *1 (citation omitted).

purpose. *See id.*; *United States v. Sandoval-De Lao*, 283 F. App'x 621, 623-25 (10th Cir. 2008).

IT IS SO ORDERED this 9th day of May, 2024.

_____
CHARLES B. GOODWIN
United States District Judge